**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**CIVIL ACTION NO. 1:19-cv-971 (WOB-SKB)**

**KAVIN LEE PEEPLES**                                        **PETITIONER**

VS.                             <u>**JUDGMENT**</u>

**ANGELA L. BYERS**                                           **RESPONDENT**

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. 4), and having considered *de novo* those objections filed thereto by Petitioner (Doc. 6), and the Court being sufficiently advised,

**IT IS ORDERED** that the objections (Doc. 6) to the Report and Recommendation (Doc. 4) be, and hereby are, **overruled**. That the Report and Recommendation of the Magistrate Judge (Doc. 6) be, and it hereby is, **adopted** as the findings of fact and conclusions of law of this Court; that petitioner's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. 1), is **DISMISSED WITHOUT PREJUDICE.** No certificate of appealability shall issue herein. Pursuant to 28 U.S.C. § 1915(a)(3), any application by petitioner to proceed on appeal *in forma pauperis* would be not be taken in "good faith."

This 22nd day of January, 2020.



Signed By:
*William O. Bertelsman*  WOB
United States District Judge